**92–494.** State v. Price. *Butler County*, No. CA90–08–0158. On motion for leave to file delayed appeal. Motion denied.

HOLMES, H. BROWN and RESNICK, JJ., dissent.

**92–503.** State v. Milburn. *Franklin County*, No. 89AP–655. On motion for leave to file delayed appeal. Motion denied.

HOLMES, J., dissents.

**92–504.** State v. Dodson. *Franklin County*, No. 91AP–411. On motion for leave to file delayed appeal. Motion granted.

SWEENEY and DOUGLAS, JJ., dissent.

**92–517.** State v. Anderson. *Ottawa County*, No. 91–OT–060. On motion to produce/transmit record. Motion denied.

**92–518.** McMaster v. Akron Hous. App. Bd. *Summit County*, No. 15390. On motion for leave to file notice of appeal instanter. Motion granted.

**92–524.** State, ex rel. Freeman, v. Wilkinson. In Mandamus and Prohibition. On motion for temporary restraining order and preliminary injunction. Motion denied.

DOUGLAS, J., dissents.

**92–532.** State v. Graham. *Cuyahoga County*, No. 59655. On motion for leave to exceed page limit and on motion for leave to file memorandum in support instanter. Motions granted.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

**92–536.** State v. Hall. *Delaware County*, No. 91CA12043. On motion for leave to file delayed appeal. Motion granted.

MOYER, C.J., and WRIGHT, J., dissent.

**92–560.** Ohio Office of Collective Bargaining v. Ohio Civ. Serv. Emp. Assn., Local 11, AFSCME. *Franklin County*, No. 91AP–902. On motion for leave to file memorandum in support instanter. Motion granted.